UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LERMA LIGGAYU,<br><br>        Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION,<br><br>        Defendant. | Case No. 5:15-cv-03741-PSG<br><br>**CASE SCHEDULING ORDER**<br><br>**(Re: Docket No. 18)** |

Based on the parties' joint case management statement[1] and the case management conference,[2]

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is 60 days.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| | |
|---|---|
| Fact Discovery Cut-Off | July 29, 2016 |
| Disclosure of Experts and Reports | Aug. 12, 2016 |
| Expert Discovery Cut-Off | Oct. 14, 2016 |
| Dispositive Motions Filing Deadline | Nov. 1, 2016 |

---

[1] *See* Docket No. 18.

[2] *See* Docket No. 20.

Case No. 5:15-cv-03741-PSG
CASE SCHEDULING ORDER

1

| | |
|---|---|
| Dispositive Motions Hearing | Dec. 6, 2016 at 10:00 AM |
| Pre-Trial Conference | Jan. 3, 2017 at 10:00 AM |
| Jury Trial | Jan. 23, 2017 at 9:00 AM |

**SO ORDERED.**

Dated: November 18, 2015

                                         PAUL S. GREWAL
                                         United States Magistrate Judge

2

Case No. 5:15-cv-03741-PSG
CASE SCHEDULING ORDER