UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LERMA LIGGAYU,<br><br>            Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION,<br><br>            Defendant. | Case No. 15-cv-03741-PSG   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: January 28, 2016<br>Mediator: Perry Irvine |

IT IS HEREBY ORDERED that the request to excuse defendant Target Corporation's claims person, John Damico, from appearing in person at the January 28, 2016, mediation before Perry Irvine is GRANTED. Mr. Damico shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: December 1, 2015

Maria-Elena James
United States Magistrate Judge