UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LERMA LIGGAYU,<br><br>        Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION,<br><br>        Defendant. | Case No. 5:15-cv-03741-PSG<br><br>**ORDER TO SHOW CAUSE** |

On March 30, 2016, the mediator certified that the parties had met for mediation on March 21, 2016, and that the case had fully settled.[1] To date, no dismissal has been filed. No later than April 12, 2016, Plaintiff shall show cause why this case should not be dismissed for failure to prosecute. Alternatively, Plaintiff shall file a dismissal so that the court may close this case.

**SO ORDERED.**

Dated: April 5, 2016

                                          _____
                                          PAUL S. GREWAL
                                          United States Magistrate Judge

---

[1] *See* Docket No. 28.