UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LERMA LIGGAYU,<br><br>          Plaintiff,<br><br>     v.<br><br>TARGET CORPORATION,<br><br>          Defendant. | Case No. 5:15-cv-03741-PSG<br><br>**ORDER GRANTING TIME TO COMPLETE SETTLEMENT**<br><br>**(Re: Docket No. 30)** |

Last week, the court ordered Plaintiff Lerma Liggayu to show cause why this case should not be dismissed for failure to prosecute, given that the mediator had certified that the case had fully settled in March.[1] Liggayu states that while the parties have agreed to the terms of a confidential settlement, the settlement language needs to be finalized and there are outstanding liens to be resolved.[2] Liggayu requests 90 days for the parties to complete the terms of the settlement agreement. Liggayu's request is GRANTED. No later than July 11, 2016, the parties shall file a dismissal or show cause why this case should not be dismissed for failure to prosecute.

**SO ORDERED.**

Dated: April 11, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 29.

[2] *See* Docket No. 30 at ¶¶ 3-6.